IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GLEN A. DAVIS,

   Plaintiff,

v.

DEBORAH GUNTER; Dr. ISMAL;
P.A. TERRELL; PEGGY COOPER;
HRS MOORE; and Warden GOODRICH,

   Defendants.

CIVIL ACTION NO.: CV512-060

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Cooper, Goodrich, and Dr. Ismal are **DISMISSED.**

SO ORDERED, this ___10___ day of ___December___, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)